BRANTLEY *v.* MERCHANTS AND FARMERS BANK OF HOGANSVILLE.

GILBERT, J. Upon consideration of the record, the judgment of the Court of Appeals in this case (22 *Ga. App.* 667, 97 S. E. 109) is affirmed.

*Judgment affirmed. All the Justices concur.*

No. 1219.    APRIL 18, 1919.

Certiorari; from Court of Appeals.

*J. F. Golightly,* for plaintiff in error.    *A. H. Freeman,* contra.